IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| NICOLE JENKINS, and DENNIS JENKINS, <br><br> Plaintiffs, <br><br> v. <br><br> CODY HAMMERSCHMIDT, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-63 |

**O R D E R**

The parties filed an Amended Notice of Settlement, asking "the Court again stay all proceedings" while they work toward a settlement agreement. Doc. 42 at 2. The parties explain they are waiting on information from some of the parties pertaining to releases. Id. at 1–2. The Court stayed this case on August 3, 2023, to allow the parties time to file a stipulation of dismissal. Doc. 41. In consideration of the status update provided in the parties' Amended Notice of Settlement, the stay will remain in place. The Court **ORDERS** the parties to provide the Court with a status update **on or before November 1, 2023**, if no stipulation of dismissal has been filed before that date.

**SO ORDERED**, this 21st day of September, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA